IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KISTCO COMPANY, a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PATRIOT CRANE AND RIGGING, LLC, a Nebraska Corporation; and JAMES GLODOWSKI, an individual;<br><br>Defendants. | 8:19CV482<br><br>**ORDER** |

As requested in the parties' motion, (Filing No. 47), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **Click here to enter a date.** at **Choose an item.** Choose an item..

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is October 30, 2020. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by November 20, 2020.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 30, 2020.

4) The deadline for filing motions to dismiss and motions for summary judgment is December 4, 2020.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 8, 2021.

6) All remaining deadlines and hearings are unchanged.

Dated this 31st day of July, 2020.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge