IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KISTCO COMPANY, a Nebraska Corporation;

    Plaintiff,

vs.

PATRIOT CRANE AND RIGGING, LLC, a Nebraska Corporation; and JAMES GLODOWSKI, an individual;

    Defendants.

**8:19CV482**

**AMENDED ORDER**

As requested in the parties' motion, (Filing No. 47), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is October 30, 2020. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by November 20, 2020.
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 30, 2020.

3) The deadline for filing motions to dismiss and motions for summary judgment is December 4, 2020.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 8, 2021.

5) All remaining deadlines and hearings are unchanged.

6) Filing 48 is stricken.

Dated this 3rd day of August, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge