IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KISTCO COMPANY, a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PATRIOT CRANE AND RIGGING, LLC, a Nebraska Corporation; and JAMES GLODOWSKI, an individual;<br><br>Defendants. | **8:19CV482**<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED that the parties' joint motion (Filing No. 53) is granted and the final progression order is extended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is January 19, 2021. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by February 2, 2021.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is December 29, 2020.

3) The deadline for filing motions to dismiss and motions for summary judgment is February 2, 2021.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 9, 2021.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge