IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KISTCO COMPANY, a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PATRIOT CRANE AND RIGGING, LLC, a Nebraska Corporation; and JAMES GLODOWSKI, an individual;<br><br>Defendants. | 8:19-CV-482<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Release Cash Bond ([Filing 57](#)). As security for the Preliminary Injunction issued by the Court on November 14, 2019, the Court required Plaintiff to provide a $500 bond. [Filing 35](#). Plaintiff deposited a cash bond with the Court on December, 12, 2019. Filing 41. The injunction expired on April 10, 2020, [Filing 35](#), and the case has since been dismissed pursuant to the parties' joint stipulation, [Filing 56](#). Plaintiff now seeks the return of its bond. [Filing 57](#).

IT IS ORDERED:

1. Kistco Company's Motion to Release Cash Bond, [Filing 57](#), is granted; and
2. The Clerk of the Court shall refund and return the $500 cash bond deposit to Kistco Company, d/b/a/ Kistler Equipment Company.

Dated this 29th day of April, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge